UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MORGRET, | CASE NO. CV F 13-1801 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS SINGLE DEFENDANT** |
| | (Doc. 8.) |
| vs. | |
| APPLUS TECHNOLOGIES, INC., et al., | |
| Defendants. | |

Plaintiff filed papers which this Court construes to dismiss voluntarily defendant Applus Technologies, Inc. under F.R.Civ.P. 41(a)(1)(A)(i). As such, this Court, DISMISSES without prejudice this entire action and all claims against defendant Applus Technologies, Inc. only. The clerk is directed not to close this action.

IT IS SO ORDERED.

Dated: **November 21, 2013**        /s/ Lawrence J. O'Neill
                             UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28