Alexander I. Dychter (SBN 234526)
**DYCHTER LAW OFFICES, APC**
1010 Second Ave., Suite 1835
San Diego, California 92101
Telephone: (619) 487-0777
Facsimile:  (619) 330-1827
E-Mail:  alex@dychterlaw.com

Walter L. Haines (SBN 71075)
**United Employees Law Group, PC**
5500 Bolsa Ave., Suite 201
Huntington Beach, California 92649
Telephone: (562) 256-1047
Facsimile:  (562) 256-1006
E-Mail:  admin@uelglaw.com

Attorneys for Plaintiff
TIMOTHY MORGRET

Robert M. Dawson (SBN 81790)
John C. Gray (SBN 267686)
**FULBRIGHT & JAWORSKI LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California  90071
Telephone:     (213) 892-9200
Facsimile:       (213) 892-9494
robert.dawson@nortonrosefulbright.com
john.gray@nortonrosefulbright.com

Attorneys for Defendant
VALLEY INDUSTRIAL X-RAY AND
INSPECTION SERVICES, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| TIMOTHY MORGRET, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLUS TECHNOLOGIES, INC.; VALLEY INDUSTRIAL X-RAY AND INSPECTION SERVICES, INC.; and DOES 1 through 10,<br><br>Defendants. | Case No. 1:13-cv-01801-JLT<br><br>**JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT; ORDER THEREON**<br><br>(Doc. 21) |

- 1 -

1  Pursuant to Civil Local Rule 143 of the United States District Court for the Eastern District of California, the Parties to the above entitled action, TIMOTHY MORGRET ("Plaintiff" or "Morgret") and VALLEY INDUSTRIAL X-RAY AND INSPECTION SERVICES, INC. ("Defendant" or "Valley") (collectively referred to as the "Parties"), by and through their undersigned counsel, enter into the following Stipulation:

WHEREAS, Plaintiff filed the original Complaint on November 6, 2013;

WHEREAS, Defendant Valley filed an Answer to the Complaint on December 2, 2013;

WHEREAS, the Parties have met and conferred and agree that Plaintiff may file a First Amended Complaint ("FAC"), a true and correct copy of which is attached hereto as "**Exhibit A**."  The proposed FAC contains three substantive changes from the initial Complaint: **(1)** Defendant APPLUS TECHNOLOGIES, INC. was dismissed by the Court on November 22, 2013; **(2)** Plaintiff Morgret now seeks to add an additional cause of action pursuant to the California Private Attorney General Act ("PAGA"); and, **(3)** Defendant Valley employed Plaintiff as both a "Technician" and "Assistant Technician;" therefore, Plaintiff seeks to narrowly define the class definitions between each of these two job classifications; and

WHEREAS, the Parties have further agreed that Plaintiff shall file and serve the proposed FAC within five (5) days of the entrance of the [Proposed] Order filed concurrently herewith and that Defendant shall have fifteen (15) days from the service of the FAC to file an answer to the FAC.

**NOW THEREFORE, the Parties stipulate that, by order of this Court:**

1. Plaintiff shall be permitted to file the attached FAC:

2. Plaintiff shall file and serve the FAC within five (5) days of the entrance of the [proposed] Order filed concurrently herewith; and

/ / /

3. Defendant shall have fifteen (15) days from the service of the FAC to answer the FAC.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD**.

Dated:     April 15, 2014          **DYCHTER LAW OFFICES, APC**
                                   **UNITED EMPLOYEES LAW GROUP, PC**


By  /s/ Alexander I. Dychter
    ALEXANDER I. DYCHTER
    Attorneys for Plaintiff
    TIMOTHY MORGRET

Dated:     April 15, 2014          **FULBRIGHT & JAWORSKI LLP**


By  /s/ Robert M. Dawson
    ROBERT M. DAWSON
    Attorneys for Defendant
    VALLEY INDUSTRIAL X-RAY
    AND INSPECTION SERVICES,
    INC.

**ORDER**

Based upon the stipulation of the parties, the Court **ORDERS**:

1. Plaintiff may file the First Amended Complaint within five days of this Order;

2. Defendant SHALL file a responsive pleading within 15 days thereafter.

IT IS SO ORDERED.

Dated:   **April 16, 2014**              /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE