**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY MORGRET,<br><br>             Plaintiff,<br><br>      v.<br><br>VALLEY INDUSTRIAL X-RAY AND INSPECTION SERVICES, INC.,<br><br>             Defendant. | Case Nos.: 1:14-cv-01801 - JLT<br><br>ORDER TO SHOW CAUSE WHY THE ACTIONS SHOULD NOT BE CONSOLIDATED |
| TODD MOORE,<br><br>             Plaintiff,<br><br>      v.<br><br>VALLEY INDUSTRIAL X-RAY AND INSPECTION SERVICES, INC.,<br><br>             Defendant. | CASE NO.: 1:14-cv-01875 - JLT |

Plaintiffs Timothy Morgret and Todd Moore bring similar class claims against Defendant Valley Industrial X-Ray and Inspection Services, Inc., in separate cases of action before this Court: Case No. 1:14-cv-01801-JLT and Case No. 1:14-cv-01875-JLT. It appears that the class and collective claims raised in the Morgret matter are broader such to encompass those claims raised in the Moore matter. Further, the cases involve similar claims and questions of fact. Indeed, both Morgret and

1

Moore seek to represent classes of Defendant's current and/or former employees.

Therefore, the Court **ORDERS** the parties to show cause in writing, why the actions should not be consolidated for all purposes, including class certification and trial.  The parties **SHALL** file briefs, no more than five pages in length, addressing the issue **no later than August 29, 2014**.

IT IS SO ORDERED.

Dated:   **August 19, 2014**                              /s/ Jennifer L. Thurston
                                                          UNITED STATES MAGISTRATE JUDGE