**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY MORGRET,<br><br>   Plaintiff,<br><br>   v.<br><br>VALLEY INDUSTRIAL X-RAY AND INSPECTION SERVICES, INC.,<br><br>   Defendant.<br>_____<br>TODD MOORE,<br><br>   Plaintiff,<br><br>   v.<br><br>VALLEY INDUSTRIAL X-RAY AND INSPECTION SERVICES, INC.,<br><br>   Defendant. | Case Nos.: 1:13-cv-01801 JLT<br><br>ORDER CONSOLIDATING THE ACTIONS<br><br><br><br><br><br>CASE NO.: 1:13-cv-01875 JLT |

Pursuant to Federal Rule of Civil Procedure 42(a), the Court may consolidate actions involving a common question of law or fact, and consolidation is proper when it serves the purposes of judicial economy and convenience. The Ninth Circuit explained that the Court "has broad discretion under this rule to consolidate cases pending in the same district." <u>Investors Research Co. v. United States District Court for the Central District of California</u>, 877 F.2d 777 (9th Cir. 1989). In determining whether to

consolidate actions, the Court weighs the interest of judicial convenience against the potential for delay, confusion, and prejudice caused by consolidation. <u>Southwest Marine, Inc., v. Triple A. Mach. Shop, Inc.</u>, 720 F. Supp. 805, 807 (N.D. Cal. 1989).

Here, Plaintiffs Timothy Morgret and Todd Moore bring similar class claims against Defendant Valley Industrial X-Ray and Inspection Services, Inc., in separate cases of action before this Court: Case No. 1:13-cv-01801-JLT and Case No. 1:13-cv-01875-JLT.  It appears that the class and collective claims raised in the Morgret matter are broader such to encompass those claims raised in the Moore matter.  Further, the cases involve similar claims and questions of fact.  Both Morgret and Moore seek to represent classes of Defendant's current and/or former employees. None of the parties object to consolidation of these matters.

Consolidation serves the purposes of minimizing judicial resources, and the Court anticipates little risk of delay, confusion, or prejudice if the matters are consolidated. Consequently, consolidation is appropriate. See <u>Pierce v. County of Orange</u>, 526 F.3d 1190, 1203 (9th Cir. 2008).

Based upon the foregoing, the Court **ORDERS**:

1. These actions SHALL be consolidated for all purposes, including trial; and
2. The parties are instructed that all future filings SHALL use the caption set forth above in the <u>Morgret</u> matter and SHALL use case number 1:13-cv-01801 JLT.

IT IS SO ORDERED.

Dated:   **September 4, 2014**           **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE