UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MORGRET,<br><br>                Plaintiff,<br><br>        v.<br><br>VALLEY INDUSTRIAL X-RAY AND<br>INSPECTION SERVICES, INC.,<br><br>                Defendant. | Case Nos.: 1:13-cv-01801  JLT<br><br>ORDER DISMISSING THE MOORE MATTER ONLY |

Before the Court is the stipulation of counsel for Plaintiff Moore and the defendant to dismiss the Moore matter. (Doc. 33) As noted by the Court in its order consolidating these matters, the class and collective claims raised in the Morgret matter are broader such to encompass those claims raised in the Moore matter. Further, the cases involve similar claims and questions of fact. Thus, dismissal of the Moore matter does not impact the rights of the prospective class members.

Therefore, based upon the stipulation of the parties, the Court **ORDERS**:

1. Only the Moore matter, previously captioned with case number 1:13-cv- 1875 JLT, is **DISMISSED WITH PREJUDICE.**

IT IS SO ORDERED.

Dated: **September 22, 2014**        /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE