**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY MORGRET,<br><br>           Plaintiff,<br><br>   v.<br><br>VALLEY INDUSTRIAL X-RAY AND INSPECTION SERVICES, INC.,<br><br>           Defendant. | Case Nos.: 1:13-cv-01801 JLT<br><br>ORDER STAYING THE ACTION |

Before the Court is the stipulation of counsel to amend the scheduling order to allow four months for the parties to engage in pre-mediation activities and mediation.  (Doc. 35 at 2)  Counsel assure the Court that the mediation will occur no later than January 2015.  Id.  Therefore, the Court **ORDERS**:

   1.   The matter is **STAYED**;

   2.   The mediation SHALL be completed no later than **January 30, 2015**;

   3.   <u>**No later than December 12, 2014**</u>, the parties **SHALL** file a joint status report detailing their efforts related to the mediation;

///

///

///

///

1      4.   **No later than February 6, 2015**, the parties **SHALL** file a joint status report setting forth the outcome of the mediation, whether the stay should be lifted and proposing dates to complete the case schedule, as needed.

IT IS SO ORDERED.

   Dated:   **October 14, 2014**            **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE