Alexander I. Dychter (State Bar #234526)
**DYCHTER LAW OFFICES, APC**
1010 Second Ave., Suite 1835
San Diego, California 92101
Telephone: (619) 487-0777
Facsimile:  (619) 330-1827
E-Mail:  alex@dychterlaw.com

Walter L. Haines (State Bar #71075)
**United Employees Law Group, PC**
5500 Bolsa Ave., Suite 201
Huntington Beach, California 92649
Telephone: (562) 256-1047
Facsimile:  (562) 256-1006
E-Mail:  admin@uelglaw.com

Attorneys for Plaintiff
TIMOTHY MORGRET

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MORGRET, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLUS TECHNOLOGIES, INC.; VALLEY INDUSTRIAL X-RAY AND INSPECTION SERVICES, INC., and DOES 1 through 10,<br><br>Defendants. | Case No. 1:13-cv-01801-JLT<br><br>Judge:  Magistrate Jennifer L. Thurston<br><br>**CLASS ACTION**<br><br>**DECLARATION OF WALTER L. HAINES IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:      May 29, 2015<br>Time:      9:00 a.m.<br>Ctrm:      Bakersfield Courtroom |

# DECLARATION OF WALTER L. HAINES IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

I, WALTER HAINES, declare and state as follows:

1. I am an attorney at law, duly licensed to practice before all of the courts of the State of California. I am admitted to practice before the U.S. District Court for the Eastern District of California. I am a member in good standing of the State Bar of California, and owner of United Employees Law Group. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify to them, except where I specify that I am declaring on information and belief, in which case I am informed and believe the facts to be true. I submit this declaration in support of plaintiff's motion for final approval of class action settlement.

2. My firm is counsel of record for plaintiff TIMOTHY MORGRET.

3. My firm is highly experienced in actions of this nature. I have been practicing law for over 35 years. I am the most senior attorney in the firm primarily responsible for the litigation of this matter: I formed United Employee Law Group in 2005 primarily to represent employees in their claims for wages. I have represented over 1,000 clients in wage and hour disputes and have co-counseled over 250 class actions some of which are against Fortune 500 companies such as Pepsi; Intel; Home Depot; Kaiser and Wells Fargo.

4. United Employees Law Group has prosecuted this litigation solely on a contingent-fee basis, and has been completely at risk that it would not receive any compensation for prosecuting claims against the defendants.

5. United Employees Law Group has participated in this litigation and has performed work on behalf of plaintiff since the inception of this litigation. The hours submitted with this declaration are solely for work performed on behalf of the class alleged in the above-entitled California action and not any other state or federal matter.

6. I performed, among other things, the following general tasks related to this matter: analyzed initial client's claims; performed initial investigation inclusive of research necessary for case evaluation and searched court records relative to possible competing cases; consulted with co-counsel as to issues relating to the prosecution of this case; attended mediation and reviewed all settlement papers along with orders from the court, law and motion papers; and assisted with client liaison and other tasks assigned by lead counsel.

7. The hourly rate for my time is **$650** per hour which is my usual and customary hourly rate charged for my services in similar complex class actions.

8. The total number of hours spent by me on this litigation is 49.5 hours through May 8, 2015 as categorized herein below:

| | |
|---|---|
| Initial investigation case evaluation & court records search: | 6.7 hrs. |
| Discussions with co-counsel on key issues & strategies: | 17.4 hrs |
| Review settlement documents and various motions | 11.1 hrs |
| Preparation for and attend mediation: | 14.3 hrs |
| **Total** | **49.5** |

9. My total lodestar amount through May 8, 2015 is **$32,175.00**.

10. My firm's total expenses were **$144.09**; representing court fees, research, mileage, and parking.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on Friday, May 8, 2015, in Los Angeles, California.

_____
WALTER HAINES Declarant