Alexander I. Dychter (State Bar #234526)
**DYCHTER LAW OFFICES, APC**
1010 Second Ave., Suite 1835
San Diego, California 92101
Telephone: (619) 487-0777
Facsimile:  (619) 330-1827
E-Mail:  alex@dychterlaw.com

Walter L. Haines (State Bar #71075)
**United Employees Law Group, PC**
5500 Bolsa Ave., Suite 201
Huntington Beach, California 92649
Telephone: (562) 256-1047
Facsimile:  (562) 256-1006
E-Mail:  admin@uelglaw.com

Attorneys for Plaintiff
TIMOTHY MORGRET

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY MORGRET, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLUS TECHNOLOGIES, INC.; VALLEY INDUSTRIAL X-RAY AND INSPECTION SERVICES, INC., and DOES 1 through 10,<br><br>Defendants. | Case No. 1:13-cv-01801-JLT<br><br>Judge:  Magistrate Jennifer L. Thurston<br><br>**CLASS ACTION**<br><br>**[proposed] ORDER AND FINAL JUDGMENT GRANTING MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:     May 29, 2015<br>Time:    9:00 a.m.<br>Ctrm:    Bakersfield Courtroom |

The motion of Plaintiff Timothy Morgret (hereinafter "Plaintiff" or "Morgret") for final approval of the class action settlement reached with Defendant VALLEY INDUSTRIAL X-RAY AND INSPECTION SERVICES, INC. (hereinafter "Defendant" or "VIXR"), which was preliminarily approved by the Court on March 5, 2015 (the "Settlement"), came regularly on for hearing on May 29, 2015.  Good cause having been shown therefor, Plaintiff's motion is **GRANTED** and **IT IS HEREBY ADJUDGED, ORDERED** and **DECREED** as follows:

1. The Court grants final approval of the Settlement, and finds the terms of the Settlement to be fair, reasonable and adequate under Rule 23(e) of the Federal Rules of Civil Procedure, including the amount of the settlement fund; the amount of distributions to class members; the procedure for giving notice to class members; the procedure for objecting to or opting out of the Settlement; and the maximum amounts allocated to an incentive payment, costs and attorney's fees.

2. The Court certifies for settlement purposes the Settlement Class described in the Settlement, comprised of all individuals who are or previously were employed by VIXR in the State of California as a Technician or Assistant Technician at any time since November 6, 2009 through January 21, 2015.

3. The Court finds that class members were provided proper and adequate notice of their rights in a manner that satisfies the requirements of due process.

4. The Court orders that all class members who did not timely file a request for exclusion from the Settlement are barred from prosecuting against the Released Parties any and all released claims as set forth in the Settlement.

5. The Court orders payment from the settlement fund of settlement administration fees to Phoenix Settlement Administrators in the amount of $10,570 in accordance with the Settlement.

6. The Court orders payment from the settlement fund of settlement benefits to class members entitled to receive settlement benefits in accordance with the Settlement.

7. The Court awards Plaintiff the amount of $14,423.82 for costs.

8. The Court awards Plaintiff the amount of $625,000 for attorney's fees.  The Court finds this amount of fees to be reasonable under both the percentage of the fund method and the lodestar method.

9. The Court awards Plaintiff the amount of $10,000 as a class representative enhancement payment.

10. The Court directs that this order shall constitute and be entered as a final judgment dismissing the action with prejudice.

11. The Court orders that, notwithstanding entry of final judgment, the Court shall retain jurisdiction in this matter for the purposes of interpreting or enforcing the Settlement or final judgment.

Dated: _____                    _____
                                          Hon. Jennifer L. Thurston
                                          United States Magistrate Judge