# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MORGRET,<br><br>      Plaintiff,<br><br>    v.<br><br>VALLEY INDUSTRIAL X-RAY AND INSPECTION SERVICES, INC.,<br><br>      Defendant. | Case Nos.: 1:13-cv-01801 JLT<br><br>ORDER RE: OBJECTION<br><br>(Doc. 51) |

In the order granting preliminary approval of the class settlement, the Court set a deadline of May 8, 2015 for class members to dispute the calculations made by the Claims Administrator. (Doc. 46 at 17) In May 6, 2015, a class member filed an objection, not to the settlement, but to the calculations made by the Claims Administrator to the number of weeks the class member worked. (Doc. 51 at 1)

Therefore, **no later than May 26, 2015**, class counsel **SHALL** file a report from the Claims Administrator detailing whether the objection resulted in correction to the benefits due the class member and if not, why not, and whether there was any systemic error in calculating the weeks worked related to the remainder of the class.

IT IS SO ORDERED.

    Dated:   **May 13, 2015**                 **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE

1